## SULLIVAN v. STATE.
### No. 21337.

Court of Criminal Appeals of Texas.
Dec. 11, 1940.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary; punishment assessed at five years in the penitentiary.

No statement of facts or bills of exception are found in the record. The indictment appears to be regular and properly charges the offense. Nothing is presented for review.

The judgment is affirmed.